No. 87–1321.  LOMBARDFIN S. P. A. ET AL. v. SECURITIES AND EXCHANGE COMMISSION; and

No. 87–1368. TRASATLANTIC FINANCIAL CO., S. A., ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied. JUSTICE O'CONNOR would grant certiorari. JUSTICE MARSHALL took no part in the consideration or decision of these petitions. Reported below: 833 F. 2d 1086.